UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULO CEZAR F. FEITOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, SECRETARY, *U.S. Dept. of Homeland Security*, JOSEPH B. EDLOW, *Director, U.S. Citizenship and immigration Services*, CONNIE NOLAN, *Associate Director, Service Center Operations Directorate*,<br><br>    Defendants. | Civil No. 4:26-cv-40011-MRG |

## ORDER GRANTING IN PART PLAINTIFF'S *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER

**GUZMAN, D.J.**

    The Court **GRANTS IN PART** Plaintiff Paulo Cezar F. Feitoza's Emergency *Ex Parte* Application for a Temporary Restraining Order. [ECF No. 9]. The Court hereby **ENJOINS** Defendants Kristi Noem (Secretary of the U.S. Department of Homeland Security), Joseph B. Edlow (Director of U.S. Citizenship and Immigration Services ("USCIS")), and Connie Nolan (Associate Director of USCIS Service Center Operations Directorate), and their agents, officers, and employees, from arresting, detaining, removing, or otherwise taking Plaintiff into custody in connection with his scheduled adjustment of status interview on January 29, 2026. The Court **DENIES** Plaintiff's Application insofar as it seeks any other orders. This TRO expires 14 days from its issuance, on February 12, 2026.  A memorandum containing the Court's reasoning will follow.

**SO ORDERED.**
Dated: January 29, 2026

                                                            /s/ *Margaret R. Guzman*
                                                            Margaret R. Guzman
                                                            United States District Judge